# Exhibit A

# Commonwealth of Virginia



Case No. CL24001748
Doc No: 3880826

# SUMMONS

## TO THE SHERIFF: YOU ARE HEREBY COMMANDED TO SERVE:

Serve:
Somaliland Mission Llc
Sam-Haymi Llc, Registered Agent
6324 Nancy Hanks Court
Alexandria, VA  22312

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**Appearance in person is not required by this summons.**

Done in the name of The Commonwealth of Virginia, the 12th day of June, 2024.

Margaret Chatman
Deputy Clerk

Greg Parks
Clerk, Circuit Court
520 King Street #307
Alexandria, VA  22314
(703) 746-4044

File Copy

COMMONWEALTH OF VIRGINIA:
In the Circuit Court of the City of Alexandria

Case #  CL24001748

STYLE:  FARAH, ABDULLAHI V SOMALILAND MISSION LLC

Somaliland Mission Llc
Serve:  Sam-Haymi Llc,  Registered Agent
6324 Nancy Hanks Court
Alexandria, VA  22312

File Copy

# Commonwealth of Virginia



Case No. CL24001748
Doc No: 3880847

# SUMMONS

## TO THE SHERIFF: YOU ARE HEREBY COMMANDED TO SERVE:

Serve:  Rashid Nur Absiye
        Rashid  Garuf  Also Known as
        Rashid Mohamed Nur  Also Known as
        c/o Sakin Mire
        1307 Benicia Lane
        Herndon, VA  20170

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**Appearance in person is not required by this summons.**

Done in the name of The Commonwealth of Virginia, the 12th day of June, 2024.



Margaret Chatman
Deputy Clerk

Greg Parks
Clerk, Circuit Court
520 King Street #307
Alexandria, VA  22314
(703) 746-4044

File Copy

COMMONWEALTH OF VIRGINIA:

In the Circuit Court of the City of Alexandria                    Case #  CL24001748

STYLE:  FARAH, ABDULLAHI V SOMALILAND MISSION LLC ET AL

  Serve:  Rashid Nur Absiye
          Rashid  Garuf  Also Known as
          Rashid Mohamed Nur  Also Known as
          c/o Sakin Mire
          1307 Benicia Lane
          Herndon, VA  20170

---

File Copy

# Commonwealth of Virginia



Case No. CL24001748
Doc No: 3880848

# SUMMONS

## TO THE SHERIFF: YOU ARE HEREBY COMMANDED TO SERVE:

Serve:   Bashir Goth
6019 Tower Court
Alexandria, VA  22304

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**Appearance in person is not required by this summons.**

Done in the name of The Commonwealth of Virginia, the 12th day of June, 2024.

Margaret Chatman
Deputy Clerk

Greg Parks
Clerk, Circuit Court
520 King Street #307
Alexandria, VA  22314
(703) 746-4044

File Copy

COMMONWEALTH OF VIRGINIA:

In the Circuit Court of the City of Alexandria

Case #  CL24001748

STYLE:  FARAH, ABDULLAHI V SOMALILAND MISSION LLC ET AL

Serve:  Bashir Goth
6019 Tower Court
Alexandria, VA  22304

---

File Copy

# Commonwealth of Virginia



Case No. CL24001748
Doc No: 3880849

# SUMMONS

## TO THE SHERIFF: YOU ARE HEREBY COMMANDED TO SERVE:

Serve:  Yassin Merri
        6019 Tower Court
        Alexandria, VA  22304

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**Appearance in person is not required by this summons.**

Done in the name of The Commonwealth of Virginia, the 12th day of June, 2024.



Margaret Chatman
Deputy Clerk

Greg Parks
Clerk, Circuit Court
520 King Street #307
Alexandria, VA  22314
(703) 746-4044

File Copy

COMMONWEALTH OF VIRGINIA:
In the Circuit Court of the City of Alexandria

Case #  CL24001748

STYLE:  FARAH, ABDULLAHI V SOMALILAND MISSION LLC ET AL

Serve:  Yassin Merri
6019 Tower Court
Alexandria, VA  22304

File Copy

# Commonwealth of Virginia



Case No. CL24001748
Doc No: 3880851

# SUMMONS

## TO THE SHERIFF: YOU ARE HEREBY COMMANDED TO SERVE:

Serve: Somaliland Support Organization Inc
Yassin Meri, Registered Agent
6019 Town Court
Alexandria, VA 22304

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**Appearance in person is not required by this summons.**

Done in the name of The Commonwealth of Virginia, the 12th day of June, 2024.



Margaret Chatman
Deputy Clerk

Greg Parks
Clerk, Circuit Court
520 King Street #307
Alexandria, VA 22314
(703) 746-4044

File Copy

COMMONWEALTH OF VIRGINIA:

In the Circuit Court of the City of Alexandria

Case #  CL24001748

STYLE:  FARAH, ABDULLAHI V SOMALILAND MISSION LLC ET AL

Somaliland Support Organization Inc

Serve:  Yassin Meri,  Registered Agent
6019 Town Court
Alexandria, VA  22304

File Copy

*C-$409.00* *Sheriff Service*

# COVER SHEET FOR FILING CIVIL ACTIONS

Case No. ......... *CL24001748*

COMMONWEALTH OF VIRGINIA

(CLERK'S OFFICE USE ONLY)

......... ALEXANDRIA ......... Circuit Court

ABDULLAHI MOHAMED FARAH ......... v./In re: ......... SOMALILAND MISSION, LLC, ET AL., .........

PLAINTIFF(S)           DEFENDANT(S)

I, the undersigned [X] plaintiff [ ] defendant [ ] attorney for [ ] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL

**Subsequent Actions**
[ ] Claim Impleading Third Party Defendant
   [ ] Monetary Damages
   [ ] No Monetary Damages
[ ] Counterclaim
   [ ] Monetary Damages
   [ ] No Monetary Damages
[ ] Cross Claim
[ ] Interpleader
[ ] Reinstatement (other than divorce or driving privileges)
[ ] Removal of Case to Federal Court

**Business & Contract**
[ ] Attachment
[ ] Confessed Judgment
[ ] Contract Action
[ ] Contract Specific Performance
[ ] Detinue
[ ] Garnishment

**Property**
[ ] Annexation
[ ] Condemnation
[ ] Ejectment
[ ] Encumber/Sell Real Estate
[ ] Enforce Vendor's Lien
[ ] Escheatment
[ ] Establish Boundaries
[ ] Landlord/Tenant
   [ ] Unlawful Detainer
[ ] Mechanics Lien
[ ] Partition
[ ] Quiet Title
[ ] Termination of Mineral Rights

**Tort**
[ ] Asbestos Litigation
[ ] Compromise Settlement
[ ] Intentional Tort
[ ] Medical Malpractice
[ ] Motor Vehicle Tort
[ ] Product Liability
[X] Wrongful Death
[ ] Other General Tort Liability

## ADMINISTRATIVE LAW
[ ] Appeal/Judicial Review of Decision of (select one)
   [ ] ABC Board
   [ ] Board of Zoning
   [ ] Compensation Board
   [ ] DMV License Suspension
   [ ] Employee Grievance Decision
   [ ] Employment Commission
   [ ] Local Government
   [ ] Marine Resources Commission
   [ ] School Board
   [ ] Voter Registration
   [ ] Other Administrative Appeal

## DOMESTIC/FAMILY
[ ] Adoption
   [ ] Adoption – Foreign
[ ] Adult Protection
[ ] Annulment
   [ ] Annulment – Counterclaim/Responsive Pleading
[ ] Child Abuse and Neglect – Unfounded Complaint
[ ] Civil Contempt
[ ] Divorce (select one)
   [ ] Complaint – Contested*
   [ ] Complaint – Uncontested*
   [ ] Counterclaim/Responsive Pleading
   [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
[ ] Separate Maintenance
   [ ] Separate Maintenance Counterclaim

## WRITS
[ ] Certiorari
[ ] Habeas Corpus
[ ] Mandamus
[ ] Prohibition
[ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS
[ ] Accounting
[ ] Aid and Guidance
[ ] Appointment (select one)
   [ ] Guardian/Conservator
   [ ] Standby Guardian/Conservator
   [ ] Custodian/Successor Custodian (UTMA)
[ ] Trust (select one)
   [ ] Impress/Declare/Create
   [ ] Reformation
[ ] Will (select one)
   [ ] Construe
   [ ] Contested

## MISCELLANEOUS
[ ] Amend Birth/Death Certificate
[ ] Appointment (select one)
   [ ] Church Trustee
   [ ] Conservator of Peace
   [ ] Marriage Celebrant
[ ] Approval of Transfer of Structured Settlement
[ ] Bond Forfeiture Appeal
[ ] Declaratory Judgment
[ ] Declare Death
[ ] Driving Privileges (select one)
   [ ] Reinstatement pursuant to § 46.2-427
   [ ] Restoration – Habitual Offender or 3rd Offense
[ ] Expungement
[ ] Firearms Rights – Restoration
[ ] Forfeiture of Property or Money
[ ] Freedom of Information
[ ] Injunction
[ ] Interdiction
[ ] Interrogatory
[ ] Judgment Lien-Bill to Enforce
[ ] Law Enforcement/Public Official Petition
[ ] Name Change
[ ] Referendum Elections
[ ] Sever Order
[ ] Taxes (select one)
   [ ] Correct Erroneous State/Local
   [ ] Delinquent
[ ] Vehicle Confiscation
[ ] Voting Rights – Restoration
[ ] Other (please specify)

[X] Damages in the amount of $ 50,000,000.00 ......... are claimed.

6/6/2024
DATE

[X] PLAINTIFF    [ ] DEFENDANT    [ ] ATTORNEY FOR    [ ] PLAINTIFF [ ] DEFENDANT

ABDULLAHI MOHAMED FARAH
PRINT NAME

c/o Von Batten-Montague-York 1300 Penn Ave NW, Suit 700
ADDRESS/TELEPHONE NUMBER OF SIGNATOR

farah.abdulahi63@gmail.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

**"Contested"** divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

**VIRGINIA:**

## IN THE CIRCUIT COURT OF THE CITY OF ALEXANDRIA

| ABDULLAHI MOHAMED FARAH, | Civil No. CL24001748 |
|---|---|
| Plaintiff, | |
| vs. | PLAINTIFF'S COMPLAINT |
| SOMALILAND MISSION, LLC, SOMALILAND SUPPORT ORGANIZATION, INC., MR. YASSIN MERRI, DR. RASHID NUR ABSIYE, ALSO KNOWN AS RASHID MOHAMED NUR, ALSO KNOWN AS RASHID GARUF, AND MR. BASHIR GOTH, | |
| Defendants | |

COMES NOW the Plaintiff, Abdullahi Mohamed Farah, pro se, for cause of action against the Defendants Somaliland Mission, LLC, the Somaliland Support Organization, Inc., Mr. Yassin Merri, Dr. Rashid Nur Absiye, and Mr. Bashir Goth, states as follows:

### I. NATURE OF THE ACTION

1. This is a civil action seeking compensatory and punitive damages for the unlawful torture and murder of the Plaintiff's father, Mr. Mohamed Farah Alin, a United States citizen of Somali descent, in violation of Virginia Code § 8.01-50, § 4.1-323, and § 18.2-46.5.

### II. JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to the Code of Virginia.

3. Venue is proper in this Court because the Defendants are residents of Virginia, and the registered businesses have their principal place of business in this jurisdiction.

### III. PARTIES

4. Plaintiff is the son of the decedent, Mr. Mohamed Farah Alin, and is a citizen of Somalia.

5. Defendant Somaliland Mission, LLC is a registered entity in the Commonwealth of Virginia, with its principal place of business at 6019 Tower Ct, Alexandria, VA.

1

6. Defendant Somaliland Support Organization, Inc. is a registered entity in the Commonwealth of Virginia, with its principal place of business at 6019 Tower Ct, Alexandria, VA.

7. Defendant Mr. Yassin Merri is an adult resident of the Commonwealth of Virginia.

8. Defendant Dr. Rashid Nur Absiye, also known as Rashid Mohamed Nur, also known as Rashid Garuf, is an adult resident of the Commonwealth of Virginia.

9. Defendant Mr. Bashir Goth is an adult resident of the Commonwealth of Virginia.

## IV. FACTUAL ALLEGATIONS

10. On or about December 30, 2022, Mr. Mohamed Farah Alin was unlawfully tortured and murdered in the town of Las Anod in Somalia after speaking out against acts of violence perpetrated by the internationally unrecognized secessionist Somaliland regime on the civilian population of the town of Las Anod in Northern Somalia.

11. Defendants, acting individually and in concert through the Somaliland Mission, LLC and the Somaliland Support Organization, act as a command and communication center for the unrecognized Somaliland regime.

12. Defendants have engaged in identifying United States residents and citizens, including Plaintiff's father, as critics of the Somaliland regime and have directed harassment, arrests, and murders of these individuals.

13. Through a sworn affidavit (Exhibit 1) relating to an ongoing case in the U.S. District Court for the District of Columbia, the Defendants inadvertently admitted liability for the targeting and murdering of Plaintiff's father.

14. Defendants, through the use of Twitter, press releases, and other publications, have disseminated information and strategy that incited and justified the violence against U.S. citizens, including Plaintiff's father.

15. Eyewitness testimony, physical evidence, and electronic evidence will substantiate the Defendants' involvement in executing these reprehensible acts.

## V. COUNTS

### Count I: Aiding and Abetting Unlawful Torture and Murder

16. Plaintiff realleges and incorporates by reference the preceding paragraphs as if fully set forth herein.

17. Defendants, acting under the direction of the unrecognized Somaliland regime, aided and abetted in the unlawful torture and murder of Mr. Mohamed Farah Alin in violation of Virginia Code § 18.2-46.5.

2

## Count II: Conspiracy to Commit Unlawful Torture and Murder

18. Plaintiff realleges and incorporates by reference the preceding paragraphs as if fully set forth herein.

19. Defendants conspired among themselves and with the unrecognized Somaliland regime to commit acts of unlawful torture and murder of U.S. citizens, including Mr. Mohamed Farah Alin, in violation of Virginia Code § 18.2-46.5.

## Count III: Wrongful Death

20. Plaintiff realleges and incorporates by reference the preceding paragraphs as if fully set forth herein.

21. As a direct and proximate result of the unlawful acts of the Defendants, Plaintiff's father, Mr. Mohamed Farah Alin, was tortured and murdered, resulting in a wrongful death claim under Virginia Code § 8.01-50.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment against the Defendants for compensatory damages in the amount of fifty million dollars ($50,000,000.00).

B. Enter judgment against the Defendants for punitive damages in accordance with Virginia law.

C. Award Plaintiff the costs of this action, including reasonable attorneys' fees, when Plaintiff retains the services of a legal team, as allowable by law.

D. Grant such other and further relief as the Court may deem just and proper.

Plaintiff demands a trial by jury on all issues so triable.

## VII. JURY DEMAND

Plaintiff hereby requests a trial by jury on all issues so triable pursuant to Rule 3:21 of the Virginia Supreme Court Rules.

3

Respectfully submitted,

Dated this 6th Day of June 2024.

Abdullahi Mohamed Farah
Pro se Plaintiff
c/o Von Batten-Montague-York
1300 Pennsylvania Avenue NW, Suite 700,
Washington, DC 20004.
mail@montagueyork.com
202-354-828

4